UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANA SHAW,

                 Plaintiff,

        -against-

KEN SCATTERGOOD; VICTORIA
ROESSLING; JUDGE FRANK M. MORA,

               Defendants.

25-CV-6678 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is proceeding *pro se*, seeks leave to file an amended complaint in this action (ECF 8). The Court grants Plaintiff's request to file an amended complaint. Any amended pleading is due within 30 days of the date of this order. The Court denies Plaintiff's motion to "strike any appearance of counsel made without proper substitution, and require a proper substitution of counsel in accordance with the Local Civil Rules of this Court." (ECF 9) (cleaned up). Counsel for defendants have not appeared in this action.

The Court directs the Clerk of Court to terminate these two motions. (ECF 8-9.)

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   December 22, 2025
          New York, New York

                    /s/ Laura Taylor Swain
                     LAURA TAYLOR SWAIN
               Chief United States District Judge