UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANA SHAW,

Plaintiff,

-against-

KEN SCATTERGOOD, et al.,

Defendants.

25-CV-6678 (LTS)

ORDER TO UPDATE ADDRESS

LAURA TAYLOR SWAIN, Chief United States District Judge:

On December 20, 2025, the Court received from Plaintiff an "emergency petition for writ of habeas corpus," brought under 28 U.S.C. § 2241. Plaintiff states in her petition that she currently is detained at the Dutchess County Justice Transition Correction Center. Her address of record, however, does not reflect Plaintiff's current detention. Moreover, because Plaintiff has consented to receive electronic service, it is unclear whether she currently is receiving correspondence from the court.

Accordingly, the Court directs the Clerk of Court to mail this order to Shana Deloris Shaw, Dutchess County Justice and Transition Center, 150 North Hamilton Street, Poughkeepsie, NY 12601. The Court also directs Plaintiff to provide an updated address to the court should she no longer wish to receive electronic notification of court filings. A new address form is attached to this order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

Dated:    December 23, 2025
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2

# United States District Court
# Southern District of New York

_____

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_____

_____

(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_____ (_____)(_____)

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

| | |
|---|---|
| Date | Signature |
| Name (Last, First, MI) | Prison Identification # (if incarcerated) |

| | | | |
|---|---|---|---|
| Address | City | State | Zip Code |

| | |
|---|---|
| Telephone Number | E-mail Address (if available) |

**Pro se intake window locations:**
40 Foley Square | New York, NY 10007
300 Quarropas Street | White Plains, NY 10601

**Mailing address:**
500 Pearl Street | New York, NY 10007
pro se intake unit: 212-805-0136