# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

**SHANA SHAW,**
Plaintiff,

v.

**SCATTERGOOD; ROESSLING; COUNTY OF DUTCHESS; COUNTY OF ULSTER; DUTCHESS COUNTY PROBATION DEPARTMENT; DUTCHESS COUNTY JUSTICE AND TRANSITION CENTER; JUDGE EDWARD McLOUGHLIN; and DUTCHESS COUNTY DISTRICT ATTORNEY'S OFFICE,**
Defendants.

Case No. 1:25cv06678

___________

# FOURTH AMENDED COMPLAINT

## I. JURISDICTION

1. This action is brought pursuant to 42 U.S.C. § 1983 for alleged violations of rights secured by the Constitution and laws of the United States.
2. The Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343.
3. Venue is proper in the Southern District of New York because a substantial part of the events giving rise to the claims occurred within this District.

# II. PARTIES

4. Plaintiff Shana Shaw is a resident of New York.
5. At all relevant times, the individual defendants acted under color of state law.
6. Defendant County of Dutchess is a municipal entity.
7. Defendant County of Ulster is a municipal entity.
8. Defendant Dutchess County Probation Department is alleged to have participated in supervising Plaintiff.
9. Defendant Dutchess County Justice and Transition Center is alleged to have housed Plaintiff while in custody.
10. Defendant Judge Edward McLoughlin is alleged to have presided over proceedings involving Plaintiff.
11. Plaintiff names the Dutchess County District Attorney's Office based on its alleged involvement in the criminal proceedings. Whether that office or any prosecutor is a proper defendant is a legal issue for the Court.

# III. FACTUAL ALLEGATIONS

12. Plaintiff was arrested and became the subject of criminal proceedings in Dutchess County.
13. Plaintiff alleges that she was subjected to electronic monitoring, supervision, and detention during those proceedings.
14. Plaintiff alleges that while detained she was pregnant.
15. Plaintiff alleges that she experienced bleeding and other symptoms, sought medical attention, and contends that adequate care was delayed or denied.
16. Plaintiff alleges that she later suffered a miscarriage and sustained physical and emotional injuries.
17. Plaintiff further alleges that she remained subject to restrictions on her liberty during portions of the proceedings.
18. Plaintiff has attached or intends to rely on a Certificate of Disposition reflecting that a disorderly conduct charge was resolved by acquittal and sealed pursuant to New York law.

# IV. CLAIMS FOR RELIEF

## Count I – Fourth Amendment

19. Plaintiff incorporates the preceding paragraphs.
20. Plaintiff alleges that she was subjected to unreasonable seizure and detention in violation of the Fourth Amendment.

## Count II – Fourteenth Amendment

21. Plaintiff alleges that she was deprived of liberty without due process of law.
22. Plaintiff further alleges that officials responsible for her custody failed to provide constitutionally adequate medical care.

**Count III – Municipal Liability**

23. Plaintiff alleges that one or more municipal entities maintained policies, customs, or practices that caused constitutional violations.

**Count IV – Malicious Prosecution (to the extent supported by the evidence)**

24. Plaintiff alleges that criminal proceedings were initiated or continued against her and ultimately terminated in her favor.
25. Plaintiff asserts this claim only to the extent the evidence establishes the required legal elements, including lack of probable cause and any other elements required under applicable law.

# V. DAMAGES

26. Plaintiff alleges that she suffered loss of liberty, emotional distress, physical injury, medical damages, financial losses, and other compensable harm.

# VI. REQUEST FOR RELIEF

Plaintiff requests:

- Compensatory damages in an amount to be determined at trial;
- Punitive damages where permitted by law;
- Declaratory relief as appropriate;
- Costs and any recoverable attorney’s fees or expenses authorized by law; and
- Such other relief as the Court deems just and proper.

## VII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

