UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANA SHAW,

Plaintiff,

-against-

SCATTERGOOD; ROESSLING; COUNTY OF DUTCHESS; COUNTY OF ULSTER; DUTCHESS COUNTY PROBATION DEPARTMENT; DUTCHESS COUNTY JUSTICE AND TRANSITION CENTER; JUDGE EDWARD MCLOUGHLIN; DUTCHESS COUNTY DISTRICT ATTORNEY'S OFFICE,

Defendants.

25-CV-6678 (LLS)

CIVIL JUDGMENT

For the reasons stated in the November 14, 2026 order, this action is dismissed.

SO ORDERED.

Dated: November 18, 2026
New York, New York

Louis L. Stanton

Louis L. Stanton
U.S.D.J.